MINUTE ENTRY
MORGAN, J.
SEPTEMBER 24, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-61 |
| LISA CRINEL, et al | SECTION "E" |

JUDGE SUSIE MORGAN, PRESIDING

**MONDAY, SEPTEMBER 24, 2018 (9:50 a.m. – 3:50 p.m.)**

| | |
|---|---|
| COURTROOM DEPUTY: | Brad Newell |
| COURT REPORTER: | Cathy Pepper |
| APPEARANCES: | Patrice H. Sullivan, Maria M. Carboni, Andre J. Lagarde, and Sharan E. Lieberman for the Government |
| | Edward J. Castaing, Jr. for Shelton Barnes; |
| | Vincent J. Booth for Henry Evans |
| | Robert C. Jenkins for Michael Jones; |
| | Richard T. Simmons, Jr. for Paula Jones; |
| | Harold P. Moore for Gregory Molden; |
| | John H. Craft for Jonathon Nora |

**SENTENCING**

Defendants present with counsel and placed under oath.

Defendant Henry Evans' request for issuance of Subpoenas (R. Doc. 1501) was not authorized by the Court for the reasons stated on the record.

Defendant Henry Evans' Motion for Reconsideration of the Court's Ruling of September 20, 2018 (R. Doc. 1506) was **DENIED** by the Court.

The Court will hold the record open to allow attorney Vincent Booth to proffer certain testimony from Dr. David Borne, Dr. David Khalid, Henry Evans and Barry Lee. The proffered testimony may be by deposition or in court after proper notice to all parties. Any proffers by counsel are to be completed and filed on the record by the end of the day on October 19, 2018. Other counsel may preserve their objections on the record.

The Court noted and preserved all objections by all counsel with regards to the forfeiture amounts.

The Court ruled on the Defendants' and Government's objections with regards to the Mass Marketing Enhancement, the Abuse of a Position of Trust Enhancement, the Aggravated Role in the Conspiracy Enhancement, the Risk of Death or Serious Bodily Injury Enhancement, and the Obstruction of Justice Enhancement as noted on the record.  The Court also ruled on objections made by counsel with regards to Legal Conclusions and/or Sufficiency of Evidence as well as the objections made by counsel to miscellaneous Factual Statements as noted on the record.

Court recessed at 11:50 a.m. and resumed at 2:02 p.m.

The Government provided excerpts of testimony introduced during the trial in connection regards to the loss allocation for defendant Shelton Barnes.  The excerpts were accepted In Globo and marked as Government Exhibit #1.

The Court noted and preserved all objections previously filed on the record by all counsel regarding the Loss Calculations and Health Care Fraud Enhancement as a result of the Loss Calculations.

Arguments made by counsel with regards to Loss Calculations.

Court recessed at 3:50 p.m. until September 25, 2018 at 9:00 a.m.

JS-10:  03:48