UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 15-61** |
| **LISA CRINEL, ET AL.** | **SECTION "E" (2)** |

## ORDER AND REASONS

On September 23 and 24, 2018, the Court granted in part the Motion for Forfeiture of Property filed by the United States against Defendants Henry Evans, Michael Jones, Shelton Barnes, Gregory Molden, and Paula Jones.[1] The Court ordered Evans to forfeit $13,137.97,[2] Michael Jones to forfeit $19,203.14, Shelton Barnes to forfeit $371,784, and Gregory Molden to forfeit $50,981.30, all in the form of money judgments.[3] The Court also ordered a personal money judgment against Michael Jones and Paula Jones in the amount of $35,000, for which they are jointly and severally liable.[4] For the reasons that follow, the Court now **VACATES IN PART** its orders of September 23 and 24, 2018 as to the personal money judgments against Henry Evans and Michael Jones.[5] The United States is entitled to forfeiture from Evans in the amount of $13,450.93 as a personal money judgment against him and from Michael Jones in the amount of $19,235.15 as a personal money judgment against him.

---

[1] R. Doc. 1507 as to Henry Evans; R. Doc. 1508 as to the other Defendants.
[2] R. Doc. 1507.
[3] R. Doc. 1508.
[4] *Id.*
[5] As to Michael Jones, the Court vacates its Order only as to the personal money judgment against him in the amount of $19,203.14. The Court does not vacate the order as to the money judgment against Michael Jones and Paula Jones in the amount of $35,000, for which they are jointly and severally liable.
   As to Gregory Molden, the Preliminary Order of Forfeiture, R. Doc. 1509, erroneously ordered a personal money judgment of $50,991.71 against him. The order is **VACATED IN PART** as to Molden and amended to order a personal money judgment of $50,981.30 against him. In its Order of September 24, 2018, the Court explained its calculation of that amount. R. Doc. 1508 at 4–5.

1

In its Order of September 23, 2018, the Court explained that forfeiture is limited to payments received during the specific temporal scope of the fraudulent scheme.[6] The Court found Evans' participation in the scheme began "when he signed a Medical Consultant Agreement with Abide Home Care Services, Inc. [("Abide")] on September 28, 2011."[7] Upon further review of the evidence presented at trial and the United States' Sentencing Memorandum,[8] the Court finds the evidence at trial showed the date Evans signed the Medical Consultant Agreement with Abide was September 11, 2011.[9] As a result, the Court finds Evans' participation in the scheme began on September 11, 2011, not September 28, 2011. Based on the Medicare Part B claim lines in Trial Exhibit 1422, the Court calculates the following billing and payment totals for Evans under Healthcare Common Procedure Coding System ("HCPCS") Codes G0179, G0180, and G0181 after September 11, 2011:

| HCPCS Code | Amount Billed | Amount Paid |
|---|---|---|
| G0179 | $30,150 | $11,395.54 |
| G0180 | $5,400 | $2,055.39 |
| G0181 | $0 | $0 |
| Total | $35,550 | **$13,450.93** |

The United States is entitled to a personal money judgment against Henry Evans in the amount of $13,450.93.

---

[6] R. Doc. 1507 at 6.
[7] *Id.* at 7, n.41 (citing Trial Exhibit 321, R. Doc. 1012).
[8] R. Doc. 1417.
[9] *Id.* at 24. At trial Evans testified he signed the contract on September 11, 2011. R. Doc. 1108 at 146–47 ("A. 9/11 was the day that I signed the contract, yes that is correct.").

As to Michael Jones, there was no testimony at trial showing he signed a Medical Consulting Agreement or Medical Director Agreement with Abide. In its order of September 24, 2018, the Court found his participation in the conspiracy commenced on May 30, 2013, the date Abide increased Paula Jones' salary.[10] The Sentencing Memorandum of the United States states his participation in the conspiracy began on August 15, 2012, the date Paula Jones was hired.[11] The Court finds the United States did not show by a preponderance of the evidence that Michael Jones began participating in the conspiracy on August 15, 2012. However, the Court notes Michael Jones was convicted of Count 18 of the Second Superseding Indictment, which charged him with health care fraud relating to Beneficiary "ArGi," for dates of service from March 4, 2013 to May 2, 2013.[12] In convicting Michael Jones of Count 18,[13] the jury necessarily found his participation in the scheme began no later than March 4, 2013. As a result, the Court finds the United States showed at trial by a preponderance of the evidence that Michael Jones' participation in the scheme on March 4, 2013. Based on the Medicare Part B claim lines in Trial Exhibit 1460, the Court calculates the following billing and payment totals for Michael Jones under HCPCS Codes G0179, G0180, and G0181 after March 4, 2013:

| HCPCS Code | Amount Billed | Amount Paid |
|---|---|---|
| G0179 | $75 | $32.01 |
| G0180 | $840 | $262.90 |
| G0181 | $9,600 | $2,362.65 |
| Total | $10,515 | **$2,657.56** |

---

[10] R. Doc. 1508 (citing R. Doc. 1108 at 241–69, Trial Exhibits 365, 366).
[11] R. Doc. 1417 at 35.
[12] R. Doc. 670 at 31.
[13] R. Doc. 1067.

Based on the evidence presented at trial, the Court finds the United States has shown by a preponderance of the evidence that Michael Jones received $2,657.56 in proceeds from his participation in the conspiracy during the relevant time period. The Court notes this figure is consistent with the amount listed in the Second Superseding Indictment.[14] The Government also requests and is entitled to forfeiture by Michael Jones in the amount of $16,577.59, representing illegal kickbacks.

## CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that the Orders of September 23 and 24, 2018 are **VACATED IN PART** as to the personal money judgments against Defendants Henry Evans and Michael Jones.[15] The United States is entitled to forfeiture from Henry Evans in the amount of $13,450.93 as a personal money judgment against him and from Michael Jones in the amount of $19,235.15 as a personal money judgment against him.

**New Orleans, Louisiana, this 25th day of September, 2018.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

---

[14] R. Doc. 670 at 11, ¶ 36.
[15] As to Michael Jones, the Court vacates its Order only as to the personal money judgment against him in the amount of $19,203.14. The Court does not vacate the order as to the money judgment against Michael Jones and Paula Jones in the amount of $35,000, for which they are jointly and severally liable.